**Order entered November 4, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00819-CR

**BRIAN JASON WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80670-2013**

## ORDER

The Court **REINSTATES** the appeal.

On October 1, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the reporter's record; (3) LaTresta Ginyard is the court reporter who recorded the proceedings; and (4) Ms. Ginyard's explanation for the delay in filing the record is the length of the trial and her workload; Because Ms. Ginyard did not tender the record until November, 3, 2015, we **DO NOT ADOPT** the finding that she would file the record by October 31, 2015.

We **ORDER** the reporter's record filed as of the date of this order.

Appellant's brief is due within thirty days of the date of this order.

/s/ ADA BROWN
JUSTICE